In re: Christopher Lanne RIEHLE; In re: Paula Mary Riehle, Debtors.

Advance Capital, Inc., Plaintiff–Appellee,

v.

Christopher Lanne Riehle; et al., Defendants–Appellants.

No. 01–35100.
D.C. No. CV–00–00495–P.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

### MEMORANDUM**

Christopher and Paula Riehle appeal pro se the district court's order affirming a bankruptcy court order denying a Chapter 7 bankruptcy discharge of $17,181 in debts the Riehles owed to Advance Capital, Inc. We have jurisdiction under 28 U.S.C. § 158(d). We review for clear error the bankruptcy court's findings of fact and de novo its legal conclusions. *Allred v. Kennerley (In re Kennerley)*, 995 F.2d 145, 146 (9th Cir.1993). We affirm.

The bankruptcy court did not err by finding that the debt in question resulted from a willful and malicious injury and therefore was not subject to discharge. *See Bino v. Bailey (In re Bailey)*, 197 F.3d 997, 1000 (9th Cir.1999).

The bankruptcy court's findings of fact with regard to determining the amount of the debt which was nondischargeable are not clearly erroneous. *See Fisher v. Roe*, 263 F.3d 906, 912 (9th Cir.2001).

The bankruptcy court did not err by refusing to appoint counsel for the Riehles. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991).

The Riehles' contention that they were denied a jury trial, in violation of the Sev-

enth Amendment, lacks merit. *See American Express Travel Related Servs., Inc. v. Hashemi (In re Hashemi)*, 104 F.3d 1122, 1124 (9th Cir.1996).

The Riehles' remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

